IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LARRY DORE,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-893 |
| | : | |
| v. | : | Judge Smith |
| | : | |
| **DELAWARE COUNTY SHERIFF'S OFFICE,** | : | Magistrate Judge Jolson |
| | : | |
| | : | |
| Defendant. | | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now come Plaintiff Larry Dore and Defendant Delaware County Sheriff's Office, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to a voluntary dismissal with prejudice of all claims in this action.  Each party to bear their own costs.

Respectfully submitted,

/s/ *Greg R. Mansell*  /s/ *Andrew J. King*
_____  _____(*via email authorization*)_____
Greg R. Mansell (0085197)  Andrew J. King (0080206)
Carrie J. Dyer (0090539)  Delaware County Assistant Prosecuting Attorney
Mansell Law, LLC  149 N. Sandusky St.
1457 S. High St.  Delaware, Ohio 43215
Columbus, OH 43207  Telephone: (740) 833-2690
Telephone: (614) 610-4134  Email: *AKing@co.delaware.oh.us*
Facsimile: (513) 826-9311
Email: *Greg@MansellLawLLC.com*
       *Carrie@MansellLawLLC.com*
***Attorneys for Plaintiff***  ***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2018, a copy of the foregoing stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's ECF system.

      /s/ *Gregory R. Mansell*
      Gregory R. Mansell (0085197)

2